FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 29 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JODIANN LEWIS, on behalf of herself and all others similarly situated,

               Plaintiffs,

-against-

SOUTHWEST CREDIT SYSTEMS, L.P.

               Defendant.

Case No. 1:17-cv-05700-KAM-JO

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
           December 8, 2017

Respectfully submitted,

By:  /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12 Floor
Brooklyn, New York 11201
Phone:   (917) 299-6612
Facsimile: (347) 665-1545
*Attorneys for Plaintiff*

/s/ USDJ KIYO A. MATSUMOTO
So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge
Brooklyn, New York
December 29, 2017